# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARKLAND LLOYD GASSOWAY,<br><br>      Petitioner,<br><br>   v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>      Respondent.<br>_____/ | CV F   06-1859 AWI DLB HC<br><br>ORDER DENYING PETITIONER'S MOTIONS AS UNNECESSARY<br><br>[Docs. 3, 4] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On December 21, 2006, Petitioner filed a two motions entitled "Motion for Ruling" and "Motion to Consolidate pending appeal." (Court Docs. 3, 4.)

     In his motions, Petitioner requests that the Court review the exhibits attached to his motions when making a ruling on his petition. On January 23, 2007, the Court directed Petitioner to file an amended petition. (Court Doc. 10.) Petitioner filed an amended petition on February 21, 2007. On May 2, 2007, the Court directed Respondent to file a response to the petition. (Court Doc. 12.)

     Petitioner is advised that the Court has reviewed and will continue to review any and all exhibits submitted to the Court when issuing a ruling on the instant petition.  Thus, Petitioner's motions are DISREGARDED as UNNECESSARY.

     IT IS SO ORDERED.

     Dated:   **May 29, 2007**                    **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE