# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARKLAND LLOYD GASSOWAY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>K. MENDOZA-POWERS, Warden,<br><br>　　　　　Respondent.<br>　　　　　　　　　　　　　　　　　／ | CV F   06-1859 AWI DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION<br><br>[Doc. 23] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition for writ of habeas corpus on December 21, 2006, and an amended petition on February 21, 2007.  Respondent filed an answer to the petition on August 2, 2007, and Petitioner filed a traverse on August 29, 2007.  (Court Docs. 16, 21.)  Therefore, the case is ready for review on the merits.

　　　　Pending before the Court is Petitioner's motion entitled "Notice of Motion and Motion to Order, and Conduct of Stayed Points be Dismissed Because of Fourteenth Amendment Guarantee by Law," filed on September 29, 2007.  (Court Doc. 23.)

　　　　After reviewing Petitioner's motion, although it is not entirely clear, it appears that Petitioner is challenging a classification determination that occurred on September 18, 2007. Beyond that, the Court cannot decipher the purpose of the motion and/or how it relates to the instant petition.  Nor can the Court determine the relief Petitioner is seeking by said motion.  As

such, the motion shall be DISREGARDED.

IT IS SO ORDERED.

**Dated:** **November 2, 2007**                              **/s/ Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE